IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DANA BOWMAN, §
§
Plaintiff, §
§
v. § 1:16-cv-164-RP
§
GEM HILLSIDE RANCH, L.P., §
GS SML, L.P., and GEM REALTY §
CAPITAL, INC., §
§
Defendants. §

## ORDER

Before the Court is the parties' Stipulation for Dismissal with Prejudice, filed September 22, 2016 (Dkt. 20). By way of the stipulation, the parties agree to voluntarily dismiss all claims and causes of action asserted in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing dismissal of an action by the filing of a stipulation of dismissal signed by all parties who have made an appearance).

The Stipulation for Dismissal with Prejudice is hereby **ADOPTED.** Accordingly, **IT IS ORDERED** that all claims asserted in this action are hereby **DISMISSED WITH PREJUDICE.** All parties are to bear their own costs and fees. The Clerk's Office is directed to close the case.

**SIGNED** on September 26, 2016.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE